In the Matter of the Claim of KAY AMATRANO, Respondent, against GEORGE P. IDE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The claimant was working on a machine when a black and blue spot developed on her leg and continued to grow larger. She did not think it was serious, and made no report of it to the employer. Later she was compelled to go to a hospital. The Board has excused failure to give notice, which is the only question raised. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of GUS ANDERSON, Respondent, against STARRETT BROS. & EKEN, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer from award for reduced earnings. The questions raised were causal connection between the accident and the injury and the percentage of reduction in earnings. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of JOHN T. KEWISH, Appellant, against J. MORRISON GILMOUR and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal by claimant from decision denying an award. A gun was being built in the employer's shop. Claimant had invented the gun. His financial backers paid the employer for the work being done thereon by mechanics. Claimant had been at the plant overseeing the making of the gun. This had continued for five years. About two weeks before the injury claimant was employed by the owner of the plant as foreman. The gun exploded while claimant was inspecting it, and the injury resulted. The evidence sustains the finding that claimant's work for the employer did not include work upon or inspection of the gun which he had invented. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of JOE RANDAZZO, Respondent, against ERWIN J. KASTEN, Doing Business as THE LEHIGH COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Claimant was employed to deliver coal for the employer; he was directed to proceed to a garage and take a Mack truck for that purpose. While cranking the truck his wrist was broken. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.